AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---- DEFENDANT - U.S ----

▶ JOSEPH SHAYOTA

DISTRICT COURT NUMBER

CR 15 00264 LHK HRL

Filed MAY 14 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella/Susan Knight

### DEFENDANT

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed? ☐ Yes ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

─── OFFENSE CHARGED ───

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

─── DEFENDANT - U.S ───
▶ ADRIANA SHAYOTA

DISTRICT COURT NUMBER
CR 15 00264

Filed
MAY 14 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

LHK
HRL

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)
S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella/Susan Knight

─── DEFENDANT ───

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction       } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

*SEALED BY ORDER OF THE COURT*

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ JUSTIN SHAYOTA

**DISTRICT COURT NUMBER**

CR 15 00264

*Filed MAY 14 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

LHK HRL

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form  MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Matthew Parrella/Susan Knight

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

---- DEFENDANT - U.S ----

▶ WALID "WALLY" JAMIL

DISTRICT COURT NUMBER

**CR 15  00264 HRL LHK**

Filed MAY 14 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   **MELINDA HAAG**
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella/Susan Knight

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ RAID "BRIAN" JAMIL

**DISTRICT COURT NUMBER**

CR 15 0026 4 HRL LHK

Filed MAY 14 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella/Susan Knight

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:



AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

---

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ KEVIN ATTIQ

DISTRICT COURT NUMBER
**CR 15 00264 LHK**
HRL

Filed MAY 14 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution
    _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
_____

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella/Susan Knight

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:



AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

---OFFENSE CHARGED---

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---DEFENDANT - U.S---

▶ FADI "FRED" ATTIQ

DISTRICT COURT NUMBER

**CR 15 00264 LHK HRL**

Filed MAY 14 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---DEFENDANT---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---PROCEEDING---

Name of Complainant Agency, or Person (& Title, if any)
S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella/Susan Knight

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---- DEFENDANT - U.S ----

▶ LESLIE ROMAN

DISTRICT COURT NUMBER
CR 15   00264

**Filed MAY 14 2015**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

LHK
HRL

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction    } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella/Susan Knight

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**DEFENDANT - U.S.**
▶ JUAN ROMERO

DISTRICT COURT NUMBER
**CR 15   00264**   Filed   LHK / HRL

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form  **MELINDA HAAG**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Matthew Parrella/Susan Knight

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:



AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
▶ MARIO RAMIREZ

**DISTRICT COURT NUMBER**
CR 15 00264 HRL

Filed MAY 14 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella/Susan Knight

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:



AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

---

**OFFENSE CHARGED**

COUNT ONE: 18 U.S.C. § 2320(a)(4) - Conspiracy to Traffic in Counterfeit Goods
COUNT TWO: 18 U.S.C. § 371 — Conspiracy to Commit Criminal Copyright Infringement
COUNT THREE: 18 U.S.C. § 371 – Conspiracy to Introduce Misbranded Food into Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: 10 years imprisonment, $2,000,000 fine, 3 years supervised release, $100 special assessment.
Counts Two-Three: 5 years imprisonment, $250,000.00 fine, 3 years supervised release, $100 special assessment.

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ CAMILO RAMIREZ

**DISTRICT COURT NUMBER**

CR 15  00264  LHK
HRL

**Filed MAY 14 2015**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

S/A Patrick Mar FBI & S/A Derek Roy FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella/Susan Knight

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:



# United States District Court
# Northern District of California

## CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:** USA v. Joseph Shayota, Adriana Shayota, Justin Shayota, Walid Jamil aka Wally Jamil, Raid Jamil aka Brian Jamil, Kevin Attiq, Fadi Attiq aka Fred Attiq, Leslie Roman, Juan Romero, Mario Ramirez, Camilo Ramirez

**Case Number:** CR 15 0264 LHK HRL

**Total Number of Defendants:**
- 1 [ ]
- 2-7 [ ]
- 8 or more [✓]

**Is This Case Under Seal?**
- Yes [✓]
- No [ ]

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
- Yes [ ]
- No [✓]

**Venue (Per Crim. L.R. 18-1):**
- SF [ ]
- OAK [ ]
- SJ [✓]
- EUR [ ]
- MON [ ]

**Is any defendant charged with a death-penalty-eligible crime?**
- Yes [ ]
- No [✓]

**Assigned AUSA (Lead Attorney):** AUSA Matt Parrella/Susan Knight

**Is this a RICO Act gang case?**
- Yes [ ]
- No [✓]

**Date Submitted:** 5/13/15

**Comments:**

SEALED BY ORDER OF THE COURT

Filed MAY 14 2015

E-filing

July 2013