MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
SUSAN KNIGHT (CABN 209013)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    E-Mail: Matthew.Parrella@usdoj.gov
           Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH SHAYOTA,<br>ADRIANA SHAYOTA,<br>JUSTIN SHAYOTA,<br>WALID JAMIL, a/k/a Wally Jamil,<br>RAID JAMIL, a/k/a Brian Jamil,<br>KEVIN ATTIQ,<br>FADI ATTIQ, a/k/a Fred Attiq,<br>LESLIE ROMAN,<br>MARIO RAMIREZ, and<br>CAMILO RAMIREZ,<br><br>    Defendants. | No. CR 15-00264 LHK/HRL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>SAN JOSE VENUE |

On July 9, 2015, the undersigned parties appeared before the Court for an initial appearance in the above-captioned matter. Each defendant, through his or her counsel, entered a not guilty plea and agreed to an exclusion of time under the Speedy Trial Act from July 9, 2015 through August 5, 2015. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the government is

STIPULATION AND [PROPOSED] ORDER
CR 15-00264 LHK/HRL

preparing a voluminous amount of discovery and anticipates on making it available to the defendants through a third party vendor before the next court appearance on August 5, 2015.

SO STIPULATED:

DATED: July 13, 2015

MELINDA HAAG
United States Attorney

/s/
MATTHEW A. PARRELLA
SUSAN KNIGHT
Assistant United States Attorneys

DATED: July 13, 2015

/s/
GREGORY A. VEGA
Counsel for Joseph Shayota

DATED: July 13, 2015

/s/
JOSEPH M. MCMULLEN
Counsel for Adriana Shayota

DATED: July 13, 2015

/s/
GINNY H. K. WALIA
Counsel for Justin Shayota

DATED: July 13, 2015

/s/
JAMES T. REILLY
Counsel for Walid Jamil

DATED: July 13, 2015

/s/
DAVID R. KNUTSEN
Counsel for Raid Jamil

DATED: July 13, 2015

/s/
THOMAS J. WARWICK, JR.
Counsel for Kevin Attiq

STIPULATION AND [PROPOSED] ORDER
CR 15-00264 LHK/HRL

1 | DATED: July 13, 2015

2
3 | /s/
THOMAS J. WARWICK, JR.
Counsel for Fadi Attiq

4
5 | DATED: July 13, 2015

6 | /s/
ROBERT CARLIN
Assistant Federal Public Defender
7 | Counsel for Leslie Roman

8
9 | DATED: July 13, 2015

10 | /s/
KNUT JOHNSON
Counsel for Mario Ramirez

11
12 | DATED: July 13, 2015

13 | /s/
JUDY CLARKE
14 | Counsel for Camilo Ramirez

15

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 9, 2015 through August 5, 2015. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 7/14/15

HON. HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 15-00264 LHK/HRL